# Court of Appeals
# of the State of Georgia

ATLANTA, October 21, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0337. IN THE INTEREST OF N. C., et al., CHILDREN (MOTHER).**

The mother filed a notice of appeal in this action, and the appeal was docketed on September 16, 2022. The mother's brief of appellant was due on October 6, 2022. That date has passed, and the mother has not filed a brief or requested an extension of time. Accordingly, her appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/21/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*